IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

FILED
2021 SEP 24 A 11: 46
DOUGLAS E. WEDGE, CLERK
U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OK
DEPUTY

IN RE: )
Jennifer N. Stolfa, ) Case No. _____ - _____
a single person ) Chapter __13__
Debtor. )

## PAY ADVICE COVER SHEET

The following pay advice/income record information is filed on behalf of the debtors:

☐ Pay advices are attached as follows:

| Employer | Beginning Date | Ending Date |
|---|---|---|
| | | |
| | | |
| | | |

☑ The debtor certifies by his/her signature below that he/she has no pay records because:

Pay detail to follow upon completion of Petition filing submitted on this date as an Emergency Petition, pro se. Supplemental documentation to be provided in compliance with US Bankruptcy Code.

Dated on the __24__ day of __September__ 20__21__.

_____
(Debtor Signature)
☑ Pro se Debtor
☐ Represented by Counsel

s/_____

Telephone Number

Fax Number

Counsel for