**Dated: September 27, 2021**

**The following is ORDERED:**





Janice D. Loyd
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 21-12553-JDL |
| Jennifer Nicole Stolfa, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |

**ORDER DENYING APPLICATION TO PAY FILING FEE IN INSTALLMENTS AND ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH SECTION 109(h) OF THE BANKRUPTCY CODE**

Before the Court is Debtor's Application for Individuals to Pay the Filing Fee in Installments. [Doc. 4]. A review of the case indicates Debtor has not filed a Certificate of Credit Counseling nor has Debtor submitted a certification describing exigent circumstances warranting a waiver of the requirements to timely take the required briefing from an approved credit counseling agency required by Section 109(h) of the United States Bankruptcy Code. Additionally, Debtor has not filed her schedules, statement of financial affairs, a chapter 13 plan, and other documents required to be filed.

This is Debtor's 4th bankruptcy case since March 31, 2017. In one of those prior cases, Case Number 19-14844-JDL, the filing fee in the amount of $310.00 is still outstanding. Accordingly, Debtor's application to pay the filing fee in installments [Doc. 4]

is **DENIED**.

Further, Debtor is directed to show cause on **October 13, 2021, at 2:00 p.m.,** why this case should not be dismissed for failure to comply with Section 109(h) of the United States Bankruptcy Code.

This hearing will he held by video conference on **October 13, 2021, at 2:00 p.m.**, via Microsoft Teams video  conference.  Parties do not need to download the Microsoft Teams app to participate in the video conference hearing.  However, in order to participate, all counsel and participants must have access to a computer with a camera and microphone.  It is also recommended that parties have a phone available on the day of the hearing in the event technical problems arise and communication is required.

On or before **11:45 A.M., C.S.T.**, **October 13, 2021**, parties are directed to provide to Debbie_Rohde@okwb.uscourts.gov their preferred e-mail address as well as the e-mail address of any party or witness that will not be in the same location as counsel during the hearing.  Chambers will use these e-mail addresses to provide access to the video conference hearing.  **When first using Microsoft Teams Meeting, parties will need to allow the program to access their microphone and camera.**

Each counsel, party and witness is responsible for timely joining the video conference hearing and for establishing a new connection if, at any point, their connection is disrupted or terminated.

All parties, counsel and members of the public are strictly prohibited from recording or broadcasting any hearing in whole or in part, in any manner.

# # #